U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 2 6 2011

TONY R. MOORE, CLERK
BY _____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF LOUISIANA

| | |
|---|---|
| Steven Alcorn, | * |
| Plaintiff, | * |
| -vs.- | * |
| Lafayette Bureau of Credit Control Inc., | *   **6:11-cv-1729 LAF** |
| Defendant. | * |

# COMPLAINT

### I. Jurisdiction

1) Jurisdiction of this court is predicated under 28 U.S.C. 1331. This court has jurisdiction on Plaintiff's supplement claims pursuant to 28 U.S.C 1367(a)

### II. PARTIES

2) Plaintiff Steven Alcorn is a natural person currently residing in the state of Louisiana, County of Lafourche; Plaintiffs address 2511 West Camellia Dr. Thibodaux Louisiana 70301

3) Defendant Lafayette Bureau of Credit Control Inc. is Plaintiff's creditor and does business in the State of Louisiana. Defendant's corporate agent's address is 1405 Moss St. Lafayette, LA 40501.

### III. VENUE

4) Venue is proper in the District of Louisiana the Defendant does business in the Eastern District of Louisiana. Further, the acts and transaction giving rise to this complaint occurred in the Eastern District of Louisiana.

### IV. STATEMENT OF CLAIM

5) Beginning in July 2011 Plaintiff noticed a collection listed by the Lafayette Bureau of Credit Control Inc.

6) Doubting the veracity and accuracy of this listing Plaintiff initiated several disputes in the beginning of July 2011 regarding her accounts by utilizing the dispute resolution services offered by Experian challenging the manner in which her accounts were being reported.

7) Despite being aware of Plaintiff's bona fide disputes, Dependent continued to report inaccuracies regarding Plaintiff's account

8) Despite having been repeatedly notifies of Plaintiff's bona fide dispute, Defendants refused to report to Experian that Plaintiff disputed said accounts in violation of U.S.C. 1681s-2(b)

### Violation of Fair Credit Reporting Act and Fair Debt Collection Practices Act

9) Defendant's actions as described herein constitute violations of 15 U.S.C 1681s-2(b) as they received notice of dispute from Credit Reporting Agency (Experian and Equifax) and failed to conduct an adequate and truthful investigation.

10) After receiving the dispute and reporting its alleged results, Defendant failed to report the fact that said dept was disputed In violation of 15 U.S.C. 1681s-2(b) and 15 U.S.C. 1692k as they willfully and with knowledge there of reported information it knew or should have known to be false in connection with Plaintiff's accounts.

11) Despite receiving numerous notices and disputes from the Plaintiff regarding the inaccuracies contained within the credit report, Defendant prepared and published to third parties, including potential lenders, multiple inaccurate consumer reports about the Plaintiff which contained false information.

12) Defendant's actions caused Plaintiff to suffer embarrassment, mental anxiety, emotional suffering, worry, humiliation, and mental distress.

### LIBEL AND DEFAMATION

13) Defendant's published false information about Plaintiff's accounts, the false fact that Plaintiff's credit report was accessed, which was the result intended by the defendant.

14) This information was view repeatedly, each and every time the plaintiff's credit report was accessed, which was the result intended by the Defendant.

15) The publications were done maliciously, without privilege, and with intent to injure the Plaintiff.

16) As a consequence of Defendant's Actions, Plaintiff has suffered distress, Loss of credit, and been chilled from seeking any additional credit and has suffered corresponding economic damages.

### PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully request that Judgment be entered against the Defendant for the following:

    a) Actual damages.
    b) Statutory damages.
    c) Cost and reasonable fees.
    d) Punitive damages.

e) For such other relief as the court may deem just and proper.

**EXEXCUTED UNDER PENALTY OF PERJURY**

*[signature: Steven Alcorn]*

Steven Alcorn

2511 West Camellia Dr Thibodaux, Louisiana 70301.

**DEMAND FOR JURY TRIAL**

Please take note that Plaintiff demands trial by jury in this action.

Dated this 29th day of Aug, 2011.

*[signature: Steven Alcorn]*

Steven Alcorn

2511 West Camellia Dr Thibodaux, Louisiana 70301.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 26 2011

TONY R. MOORE, CLERK
BY _____
DEPUTY

08/29/2011

**Western District of Louisiana**
RE: Alcorn vs. Lafayette Bureau of Credit Control.

Dear Clerk:

Enclosed please find 2 copies of the complaint to be filed with your court accompanied by a Motion to Proceed In Forma Pauperis. Please file these with your court. Your assistance is sincerely appreciated.

Respectfully yours,

Steven Alcorn

*Steven Alcorn* (signature)